```
JACQUELYNE M. NGUYEN, Bar no. 249658
KSENIYA Y. STUPAK, Bar no. 309783
LAW OFFICES OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, SUITE "A-208"
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com
Email: kseniya@jacquelynenguyenlaw.com
```

Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CICELY R. BUGGS, AKA CICELY BUGGS,<br><br>　　　　　　Defendant | Case No.: 2:16-cv-8006-PA (JVx)<br><br>[~~PROPOSED~~]<br><br>DEFAULT JUDGMENT BY CLERK |

In the above-entitled action, the Clerk of this Court entered a default against Defendant Cicely R. Buggs, aka Cicely Buggs for failure to respond or appear, satisfying the requirements of Rule 55.

IT IS ADJUDGED that Plaintiff, United States of America, shall have and recover from Defendant, Cicely R. Buggs, aka Cicely Buggs the sum of $2,710.82 in principal, $1,735.78 in accrued pre-judgment interest through November 30, 2016, with interest accruing from November 30, 2016, at 4.21% per year until entry of judgment, plus $480.50 as costs and $471.08 for attorney fee, pursuant to Central District Local Rule 55.4, for a total of **$5,398.18**.

This Judgment is to accrue interest at the legal rate from the date of entry until paid.

                                        Kiry K. Gray
                                        Clerk of Court
                                        United States District Court



DATED: 12/5/2016     By: *Margo Mead*
                                    Deputy Clerk